WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
MARCIA L. MITCHELL - #18122 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 04 3025

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT<br>Civil Rights<br>– Employment Discrimination |
| v. | **JURY TRIAL DEMAND** |
| ALLTECH, INC. a Parsons Brinckerhoff Company | |
| Defendant. | |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Che Presant who was adversely affected by such practices. As alleged below, defendant, Alltech Inc. subjected Ms. Presant to a sexually hostile work environment because of her sex, female.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §2000e-5(f)(1), and

Complaint

1

Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within Alameda County which is within the jurisdiction of the United States District Court for the Northern District of California.

## INTRADISTRICT ASSIGNMENT

3. This case is appropriate for assignment to Oakland because the unlawful employment practices alleged were and are being committed within Alameda County.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

5. At all relevant times, Defendant, Alltech, Inc.("Alltech" or "Defendant Employer"), has continuously been doing business in the State of California and the City of Oakland and has continuously had at least fifteen employees.

6. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Che Presant filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least January 2002, Defendant Employer has engaged in unlawful practices its Oakland, California job site in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a). These practices include subjecting Ms. Presant to sexual harassment and to an offensive, abusive, intimidating and hostile work environment.

9. The effect of the practices complained of above has been to deprive Ms. Presant of equal employment opportunities and otherwise to adversely affect his status as an employee

Complaint

2

1  because of her sex, female.

2  10. The unlawful employment practices complained of above were and are
3  intentional.

4  11. The unlawful employment practices complained of above were and are done
5  with malice and/or reckless disregard for Ms. Presant's federally protected rights.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment, sex-based harassment, sex discrimination and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for female employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Ms. Presant by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including medical expenses, with interest, in amounts to be determined at trial.

D. Order Defendant Employer to make whole Ms. Presant by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E. Order Defendant Employer to pay Ms. Presant punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems proper.

G. Award the Commission its costs in this action.

Complaint

| | |
|---|---|
| 1 | JURY TRIAL DEMAND |
| 2 | The Commission requests a jury trial on all questions of fact raised by its complaint. |
| 3 | Respectfully submitted, |

ERIC DREIBAND
General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, DC 20507

Dated: 7/23/04

WILLIAM R. TAMAYO
Regional Attorney

Dated: 7/23/04

JONATHAN T. PECK
Supervisory Trial Attorney

Dated: 7/23/04

MARCIA L. MITCHELL
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5651

Complaint

4