OLIVER A. JONES, ESQ SBN # 64254
JONES & THOMPSON
6334 Telegraph Avenue
Oakland, California 94609
Telephone:  (510) 655-7786
Facsimile :   (510) 655-8220

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHE PRESANT, | CIVIL ACTION NO. C 04 3309 SBA |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| vs. | (Employment Discrimination, Violation of Civil Rights) |
| STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, PEDRO BARRA, individually, | JURY TRIAL DEMANDED |
| Defendants. | |

I.

NATURE OF THE ACTION

This action is brought under Title VII of the Civil Rights Action of 1964 for damages arising from unlawful employment practices on the basis of sex and under 42 U.S.C. § 1983, for damages arising from sexual harassment by her supervisor, an Officer of the California Highway Patrol. Plaintiff is entitled to damages and other appropriate relief due to the adverse affect on her of the sexual harassment by her supervisor and resulting hostile work environment created by the actions and inactions of the State of California, California Highway Patrol.

II.

JURISDICTION AND VENUE

1. Jurisdiction of the Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, and 1343.  This action is authorized and instituted pursuant to Sections 706(I)(1) of Title VII of the Civil Rights Act

1    of 1964, as amended (Title VII), 42 U.S.C. § 2000e-5(f)(1) and (k), and 42 U.S.C. § 1983.

2       2. The unlawful acts and practices alleged herein occurred in the County of Alameda, which
3    is within this judicial district.

### III.
### INTRADISTRICT ASSIGNMENT

6       3. This case is appropriate for assignment to Oakland because the unlawful employment
7    practices alleged were committed within Alameda County.

### IV.
### PARTIES

10       4. Plaintiff CHE PRESANT, is a woman, a resident of Alameda County, who, at all times
11    herein mentioned, was an employee of Alltech, Inc., placed under the direct supervision of Defendant
12    PEDRO BARRA, an Officer of the California Highway Patrol.

13       5. Defendant STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, is, and at
14    all times herein mentioned was an employer as a government agency within the meaning of 42 U.S.C.
15    § 2000e (b).

16       6. Defendant PEDRO BARRA, sued herein as an individual, was at all times herein
17    mentioned, an Officer of the California Highway Patrol, acting under color of State law.

### V.
### STATEMENT OF CLAIMS

20       7. Plaintiff CHE PRESANT filed a timely charge with the EEOC against Defendant STATE
21    OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, and received her right to sue letter
22    attached hereto.

23       8. During 2002 and 2003, Plaintiff, a Broadcast Support person for Alltech, Inc., was
24    subjected to continual harassment, including sexual molestation, physical and psychological threats
25    from Defendant BARRA, her immediate supervisor, and an Officer of the California Highway Patrol,
26    who had been designated by Defendant STATE OF CALIFORNIA, CALIFORNIA HIGHWAY
27    PATROL to work with Alltech, Inc. as an "On Camera Traffic Reporter."

28       9. At all times herein mentioned, Defendant BARRA was acting under color of State law,

insofar as he used his position and authority to abuse and intimidate Plaintiff, escalating his wrongful conduct in retaliation for her complaints about him., thereby violating Plaintiff's civil rights, pursuant to 42 U.S.C. § 1983. Specifically, Plaintiff was denied her right to freedom of speech, her rights to be free from discrimination based on gender, from the use of excessive force, her right to equal protection of the laws, and her right to privacy. Said rights are substantive guarantees under the First, Fourth, Ninth, and Fourteenth Amendments of the Constitution of the United States.

10. Plaintiff and others timely complained to Alltech, Inc. and to Defendant STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, regarding Defendant BARRA's conduct toward Plaintiff.. Defendant STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, placed on timely notice, failed to take immediate action to correct the conduct. Defendant's failure to remedy the harassment interfered with Plaintiff's employment relationship with her employer, thereby causing Plaintiff to be subjected to a sexually hostile work environment, in violation of Title VII, 42 U.S.C. § 2000e-2(a).

11. As a consequence of the conduct of the Defendants, and each of them, Plaintiff suffered extreme emotional distress, humiliation, and anxiety, requiring her to engage the services of a psychologist, and Plaintiff was deprived of equal employment opportunities, such that her status as an employee was adversely affected because of her sex, female.

12. The conduct of the Defendants, and each of them, was intentional.

13. The unlawful conduct of Defendants, and each of them, was done with malice and reckless disregard for Plaintiff's federally protected rights.

## JURY TRIAL DEMANDED

14. Plaintiff hereby demands a jury trial in this matter.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

1. For compensatory damages as proven against Defendant BARRA, an individual, and against Defendant STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, his employer.

2. For punitive damages, according to proof.

3. For costs of suit and reasonable attorney fees.

1    4. For such other and further relief as the court may deem proper.

2

3   Dated: August 10, 2004                    JONES & THOMPSON

4
                                                     /OAJ/
5                                            By:_____
                                                 Oliver A. Jones
6                                                Attorneys for Plaintiff