IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff, and<br><br>CHE PRESANT,<br><br>    Plaintiff-Intervener,<br><br>  v.<br><br>ALLTECH, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 04-3025 SBA<br>(*Related to Case Nos. 04-3309 and 05-1831 SBA*)<br><br>**ORDER**<br><br>[Docket No. 26] |

On February 4, 2005, Plaintiff-Intervener Che Presant filed a Request for Extension of Time to Serve Defendant Barra [Docket No. 26] pursuant to Federal Rule of Civil Procedure 4(m). In the Request, Plaintiff-Intervener states that she had made diligent attempts to serve Defendant Pedro Barra ("Barra") with the summons and complaint at Barra's last known address prior to the February 9, 2005 deadline, but has been unable to effectuate service. Plaintiff-Intervener therefore requests an extension of time so that she may conduct certain discovery in order to ascertain Barra's current address.

The Court finds that Plaintiff-Intervener Che Presant has demonstrated good cause warranting an extension of the deadline by which she must serve Barra with the summons and complaint.

Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff-Intervener's Request [Docket No. 26] is GRANTED. Plaintiff shall serve Defendant Barra with the summons and complaint on or before May 7, 2005.

IT IS SO ORDERED.

Dated: 2/9/05

Nunc Pro Tunc

                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge