1   WILLIAM R. TAMAYO, SBN 084965 (CA)
    JONATHAN T. PECK, SBN 12303 (VA)
2   MARCIA L. MITCHELL, SBN 18122 (WA)
    U.S. EEOC
3   350 The Embarcadero, Suite 500
    San Francisco, CA 94105
4   Telephone No. (415) 625-5651
    Fax No. (415) 625-5657

Attorneys for Plaintiff

OLIVER JONES - SBN #64254
SUANE THOMPSON
JONES & THOMPSON
6334 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 655-7786

Attorneys for Plaintiff

D. GREGORY VALENZA - SBN 161250
CHARLES G. WILLIAMS - SBN 172907
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 394-9400
Fax: (415) 394-9401

Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff <br><br> CHE PRESANT, <br><br> Plaintiff- Intervenor <br><br> vs. <br><br> ALLTECH, INC., <br><br> Defendant | Case No.: No. C 04 3025 SBA <br><br> STIPULATION REQUESTING EXTENSION OF CONDITIONAL ORDER OF DISMISSAL AND/OR MOTION TO REOPEN CASE <br><br> (AND ORDER) |

- 1 -

The parties to the above-entitled action hereby stipulate as follows:

1. On September 22, 2005 this court held a Case Management Conference for this action and related cases (C04-3309 and C05-1831). During the conference, the parties informed the court that they believed they had reached an agreement to settle this case and the related cases. The EEOC, Alltech and Ms. Presant also informed the court that they intended to file a Settlement Agreement specific to this action that included a provision for the court to retain jurisdiction over the case for the purpose of enforcing the Settlement Agreement.

2. The court subsequently entered an Order Dismissing Action on September 23, 2005. Pursuant to the order, the case would be dismissed with prejudice unless any party moved to reopen the case within thirty days. The EEOC, Alltech and Ms. Presant understood that the case would not be dismissed as long as they filed the Settlement Agreement prior to the expiration of thirty days.

   **Deleted:**

3. On October 20, 2004, Charles G. Williams, attorney for Alltech, Inc., informed EEOC attorney, Marcia L. Mitchell about an issue between Alltech and the EEOC which Alltech had not previously addressed and which requires resolution before Alltech will approve the settlement. The decision makers at the EEOC are out of the office and unavailable to address the issue before October 24, 2005, the deadline for the parties to file the Settlement Agreement and to avoid a dismissal of the case pursuant to the terms of the court's order.

4. EEOC and Ms. Presant agree that it is premature to dismiss the case at this time so that EEOC and Alltech may resolve the outstanding issue that currently

impedes settlement.  Alltech is not opposed to an extension of the court's previous 30 day limit for an additional 30 days.

5. The parties also agree that it remains likely that the case will still settle.  The parties therefore are not asking the court to reschedule the trial date at this time.  Instead, they are asking the court to extend the deadline for filing the Settlement Agreement by an additional thirty days (until November 23, 2005).

On behalf of Plaintiff:                                     On behalf of Plaintiff-Intervenor

_____/s/_____                      _____/s/ by phone approval\_\_\_

MARCIA L. MITCHELL                                OLIVER JONES
Senior Trial Attorney                                   Jones & Thompson
EQUAL EMPLOYMENT
 OPPORTUNITY COMMISSION


On behalf of Defendant:

 /s/ by e-mail approval_____
CHARLES G. WILLIAMS
Jackson Lewis LLP

- 3 -

**ORDER**

The court having considered the stipulation of the parties now orders as follows:

1. The Order Dismissing Action dated September 23, 2005 is hereby vacated.

2. This action and all claims stated herein is hereby dismissed with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 30 days of this order.

**IT IS SO ORDERED.**

NUNC PRO TUNC
DATED:  10/23/05

*Sandra B. Armstrong*
HONORABLE SANDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE